FILED
JAN 27 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:21CR066 SRC/JMB |
| v. ) | |
| ) | |
| TIMOTHY SHORT ) | |
| ) | |
| Defendant. ) | |

**INDICTMENT**

The Grand Jury Charges:

**BACKGROUND**

At all times relevant to the Indictment:

1. Defendant **TIMOTHY SHORT** ("Defendant") resided in the Eastern District of Missouri.

2. Capital One was a financial institution within the meaning of Title 18, United States Code, Section 20, because it was a financial institution insured by the Federal Deposit Insurance Corporation.

3. Capital One was the financial institution underwriting the credit cards issued by Menards in the State of Missouri.

**The Scheme:**

4. It was part of the scheme and artifice that from approximately August 2019 through September 2019, Defendant used the names, addresses, and Social Security Numbers of different individuals – G.I., K.H., and J.W. – to open and use store credit cards at Menards stores in the State of Missouri.

5. It was further part of the scheme and artifice that following the opening of these credit cards, Defendant used the credit cards to purchase gift cards and other items from Menards.

## COUNTS 1 THROUGH 3

### 18 U.S.C. § 1344: Bank Fraud

On or about the dates listed below, within the Eastern District of Missouri and elsewhere, the defendant,

### TIMOTHY SHORT,

did knowingly and willfully execute and attempt to execute a scheme or artifice to defraud and to obtain the moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of Capital One, which is a financial institution as defined in 18 U.S.C. § 20, by means of materially false and fraudulent pretenses, representations, and promises, to wit: by completing and causing to be completed applications for credit cards at different Menards stores in the State of Missouri, which were issued by Capital One, using the names, Social Security Numbers, and addresses of one of the below listed individuals and stating and falsely and fraudulently representing that **TIMOTHY SHORT** was one of the below listed individuals:

| COUNT | DATE | INDIVIDUAL NAME AND SSN USED: | TRANSACTION AMOUNT |
|---|---|---|---|
| 1 | 9/11/2019 | J.W., ***-**-8947 | $8,646.83 |
| 2 | 8/14/2019 | G.I., ***-**-6288 | $11,912.69 |
| 3 | 9/6/2019 | K.H., ***-**-0148 | $11,804.15 |

All in violation of Title 18, United States Code, Section 1344.

## COUNTS 4 THROUGH 6

### 42 U.S.C. § 408(a)(7)(B): Misuse of Social Security Number

On or about the dates listed below, within the Eastern District of Missouri and elsewhere, the defendant,

### TIMOTHY SHORT,

with the intent to deceive, and for the purpose of obtaining anything of value from another person and for any other purpose, falsely and fraudulently represented his Social Security Number to be one of the Social Security Numbers as enumerated below, when in fact these Social Security Numbers were assigned to the victims listed below, the aliases used by Defendant **TIMOTHY SHORT:**

| COUNT | DATE | VICTIM | SSN USED |
|---|---|---|---|
| 4 | 9/11/2019 | J.W. | \*\*\*-\*\*-8947 |
| 5 | 8/14/2019 | G.I. | \*\*\*-\*\*-6288 |
| 6 | 9/6/2019 | K.H. | \*\*\*-\*\*-0148 |

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 7

**18 U.S.C. §1028A: Aggravated Identity Theft**

Between on or about August 1, 2019, and September 30, 2019, within the Eastern District of Missouri and elsewhere, the defendant,

**TIMOTHY SHORT**,

did knowingly possess, transfer, and use, without lawful authority, a means of identification of another person, to wit, the Social Security Number of G.I., knowing that the means of identification belonged to another actual person, during and in relation to the commission of the felony offense of bank fraud, Title 18, United States Code, Section 1344.

In violation of Title 18, United States Code, Section 1028A.

## COUNT 8

**18 U.S.C. §1028A: Aggravated Identity Theft**

Between on or about August 1, 2019, and September 30, 2019, within the Eastern District of Missouri and elsewhere, the defendant,

**TIMOTHY SHORT,**

did knowingly possess, transfer, and use, without lawful authority, a means of identification of another person, to wit, the Social Security Number of K.H., knowing that the means of identification belonged to another actual person, during and in relation to the commission of the felony offense of bank fraud, Title 18, United States Code, Section 1344.

In violation of Title 18, United States Code, Section 1028A.

## COUNT 9

**18 U.S.C. §1028A: Aggravated Identity Theft**

Between on or about August 1, 2019, and September 30, 2019, within the Eastern District of Missouri and elsewhere, the defendant,

**TIMOTHY SHORT,**

did knowingly possess, transfer, and use, without lawful authority, a means of identification of another person, to wit, the Social Security Number of J.W., knowing that the means of identification belonged to another actual person, during and in relation to the commission of the felony offense of bank fraud, Title 18, United States Code, Section 1344.

In violation of Title 18, United States Code, Section 1028A.

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING,
United States Attorney

_____
DIANE E.H. KLOCKE, #61670MO
Special Assistant United States Attorney